# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0852**
Derrick Glen Ray, Jr. v. State of Alabama (Appeal from Jefferson Circuit Court: CC-24-800)

## NOTICE

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk